SWIFT AND COMPANY

*v.*

STATE OF ILLINOIS.

*Opinion filed September 11, 1922.*

CONTRACTS—*when State liable for supplies.* The State is liable for merchandise furnished by claimant to its institution.

Edward J. Brundage, Attorney General, for State.

This is a claim for goods and merchandise furnished by claimant and consisting of eggs and soap sold to the Illinois Soldiers' and Sailors' Home at Quincy by the claimant from September 29, 1920, to December 7, 1920.

The Attorney General comes and appears in behalf of the defendant, consents to the allowance of said claim in the sum of $607.75.

We, therefore award the claimant the sum of $607.75 without interest.